**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | **Case No. 1:14-cv-1748**<br>**MDL no. 2545**<br>**Hon. Matthew F. Kennelly** |
| **THIS DOCUMENT RELATES TO:**<br><br>Robert Martone v. AbbVie, Inc., et al.<br><br>Civil Action No. 1:17-cv-02475 | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff Robert Martone and his counsel of record hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant, Solvay, S.A.

Dated: April 13, 2017

Respectfully submitted,

**JACKSON ALLEN & WILLIAMS, LLP**

/s/ Jennifer Williams
John H. Allen, III, Esq. - Trial/Lead Counsel
tallen@jacksonallenfirm.com
Jennifer Williams, Esq.
jwilliams@jacksonallenfirm.com
3838 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
(214) 521-2300
(214) 452-5637 (Facsimile)

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2017, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filling to all registered attorneys of record.

/s/ Jennifer Williams